IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD A. MANLEY | : |
| | :   CIVIL ACTION |
| v. | : |
| | :   NO. 14-3379 |
| PREMIUM SPRAY PRODUCTS, INC., | : |
| ET AL. | : |

## ORDER

**AND NOW**, this  31st  day of March, 2015, upon consideration of PSP's Motion to Dismiss the Complaint for Lack of Jurisdiction and Improper Venue (ECF No. 8); COIM's Motion to Dismiss the Complaint for Lack of Jurisdiction, and, in the Alternative, for Change of Venue to the District of New Jersey (ECF No. 13); and PSP's Motion to Strike the Affidavit of Service, Seal the Complaint, and Strike Certain Paragraphs (ECF No. 7); and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss the Complaint for Lack of Jurisdiction (ECF Nos. 8, 13) are **GRANTED**.

2. Defendants' Alternative Motions to Transfer Venue (ECF Nos. 8, 13) are **DENIED**.

3. PSP's Motion to Strike the Affidavit of Service, to Seal the Complaint, and to Strike Certain Paragraphs (ECF No. 7) is **GRANTED** in part and **DENIED** in part. The Motion to Strike the Affidavit of Service is **GRANTED**. The Motions to Seal the Complaint and to Strike Certain Paragraphs are **DENIED**.

4. Plaintiff's request for jurisdictional discovery is **DENIED**.

5. Plaintiff's request for reimbursement of service costs is **DENIED**.

6.      The Clerk of Court is directed to mark this case closed.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

                                          _____

                                          **R. BARCLAY SURRICK, J.**